IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CHRISTOPHER A GREENLEE,

    Plaintiff,
v.                                                      CASE NO. 5:12-cv-373-RV-GRJ

WASHINGTON COUNTY JAIL, et al.,

    Defendants.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated April 23, 2013 (doc. 6). The plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* review of Plaintiff's objections (doc. 7).

Having considered the Report and Recommendation and the objections, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order. This case is **DISMISSED** without prejudice for failure to state a claim upon which relief may be granted, pursuant to 28 U.S.C § 1915A. The Clerk must terminate any pending motions and close the file.

**DONE AND ORDERED** this 16th day of May 2013.

                                              /s/ *Roger Vinson*
                                          **ROGER VINSON**
                                          **SENIOR UNITED STATES DISTRICT JUDGE**